In the Matter of the Claim of Louis PENTA, Respondent, against JAMES P. CAREY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award in favor of claimant. Claimant, a barber, became disabled as the result of irritative dermatitis venanata of his right hand due to the nature of his employment. He was given other employment by said employer of a nature which did not cause skin irritation. There is evidence that he was discharged from this employment. The award is for reduced earnings due to said disablement. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CHRISTOPHER HANIFY, Respondent, against WEST END AVE. & 75TH ST. CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award noticed on September 11, 1936, as modified and affirmed by a decision noticed on January 8, 1937, upon which findings were made April 12, 1937. Claimant was employed as a doorman at an apartment house in New York city. On October 19, 1935, a driver parked his automobile in front of the entrance of the apartment house, and upon being asked by the doorman to remove the car an altercation ensued. The driver struck the claimant with an undescribed instrument, and inflicted serious injury to the claimant's head in the neighborhood of the eye. Claimant was treated by a doctor until November 8, 1935, when he was discharged as recovered. On February 27, 1936, a specialist found the eye perforated, and a cataract forming thereon, resulting in a loss of binocular vision. The claim was resisted on the ground that there was no competent medical proof of causal relation between the accident and the loss of vision. The medical testimony was ample to justify the State Industrial Board in making the finding that it did. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill. P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ANASTAZJA MOSKALISZYM, Alleged Widow of JOHN MOSKALISZYM, Appellant, against CARCHIA & GEORGE and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondents, and ANNA MOSKALISZYM, Legal Widow of JOHN MOSKALISZYM, Deceased, Respondent. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by claimant from a decision of the State Industrial Board made and entered and noticed on the 30th day of June, 1936, disallowing her claim. Award reversed and matter remitted, with costs to the appellant against the State Industrial Board because of failure to receive proper evidence of identification offered by Philip Charney. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.